```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :     16cr273(DLC)
                                         :
            -v-                          :     ORDER
                                         :
Charles Kenyatta,                        :
                                         :
                      Defendant.         :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

A violation of supervised release hearing is scheduled to occur on **December 3, 2020** at **10:00 a.m.** An in-court hearing may be available to the defendant. Accordingly, it is hereby

ORDERED that defense counsel shall respond to the following two questions by **December 1**:

1) If both an in-court and videoconference proceeding are available, does the defendant prefer that the hearing occur in court in Courtroom 18B, 500 Pearl Street, or through videoconference technology via Skype for Business?

2) If an in-court hearing is unavailable, does the defendant consent to have the hearing occur via a videoconference proceeding?

If the defendant consents to have the hearing occur via a videoconference proceeding, either as a matter of preference or because an in-court proceeding is unavailable, please complete and submit the written consent form attached to this Order if it is feasible to do so.

IT IS FURTHER ORDERED that unless the defendant prefers an in-court proceeding, the hearing shall proceed as scheduled on December 3 at 10:00 a.m. via the Skype for Business videoconference, if the Skype for Business platform is reasonably available.  To access the conference, paste the following link into your browser: https://meet.lync.com/fedcourts-nysd/anthony_sampson/K1DUROLS.

To use this link, you may need to download software to use Skype's videoconferencing features.[1]  Participants are directed to test their videoconference setup in advance of the conference -- including their ability to access the link above.  Defense counsel shall assist the defendant in testing his videoconference capability so that the defendant can participate by videoconference if that is feasible.

Users who do not have an Office 365 account may use the "Join as Guest" option.  When you successfully access the link, you will be placed in a "virtual lobby" until the conference begins.  Participants should also ensure that their webcam, microphone, and headset or speakers are all properly configured to work with Skype for Business.  For further instructions concerning Skype for Business and general guidelines for

---

[1] See Microsoft, Install Skype for Business (last visited Apr. 29, 2020), https://support.office.com/en-us/article/install-skype-for-business-8a0d4da8-9d58-44f9-9759-5c8f340cb3fb.

participation in video and teleconferencing, visit https://nysd.uscourts.gov/covid-19-coronavirus.

If you intend to join the conference from an Apple device, you should ensure that you are running a version of Skype for Business that was published on or after April 28, 2020.[2]  Users running earlier versions have encountered an issue in which Skype for Business does not receive any inputs from the computer's microphone, and they cannot be heard by other participants.

IT IS FURTHER ORDERED that members of the press, public, or counsel who are unable to successfully access Skype for Business, may access the conference audio using the following credentials:

>     Call-in number:     +19179332166
>     Conference ID:      400932366

IT IS FURTHER ORDERED that by **Tuesday, December 1,** defense counsel shall file a letter informing the Court whether counsel and the defendant have successfully tested Skype for Business. If the defendant and counsel are unable to successfully test

---

[2] See, e.g., Microsoft, Skype for Business on Mac (last visited May 5, 2020), https://www.microsoft.com/en-us/download/details.aspx?id=54108.

Skype for Business, an Order will issue informing the parties whether the sentencing shall be rescheduled to occur in person.

Dated:    New York, New York
          November 18, 2020

                                                                DENISE COTE
                                      United States District Judge