```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                          :
UNITED STATES OF AMERICA                  :
                                          :    16cr273 (DLC)
          -v-                             :
                                          :       ORDER
CHARLES KENYATTA,                         :
                                          :
                    Defendant.            :
                                          :
-----------------------------------------X
```

DENISE COTE, District Judge:

It is hereby

ORDERED that the C.J.A. counsel on duty on November 20, 2020, Judith Vargas, is appointed to represent the defendant Charles Kenyatta in connection with his violation of supervised release proceeding.

IT IS FURTHER ORDERED that Ms. Vargas promptly file a Notice of Appearance.

IT IS FURTHER ORDERED that the Clerk of Court shall terminate the appearance of C.J.A. counsel Camille Abate.

Dated:   New York, New York
         November 23, 2020

                                    _____
                                              DENISE COTE
                                    United States District Judge