```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
UNITED STATES OF AMERICA                 :      16cr273-01 (DLC)
                                         :
          -v-                            :      ORDER
                                         :
CHARLES KENYATTA,                        :
                                         :
               Defendant.                :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

    In response to the Court's November 18, 2020 Order, defense counsel's letter of December 2 advises the Court that counsel and the defendant were unable to successfully test Skype for Business.  Defense counsel requests that the arraignment proceed as a telephone conference.  The Government consents to the request.  It is hereby

    ORDERED that the December 3 presentment shall proceed as scheduled at 10 a.m. as a telephone conference.  The parties shall use the following dial-in credentials:

        Dial-in: **888-363-4749**

        Access code: **4324948**

    IT IS FURTHER ORDERED that the parties shall use a landline if one is available.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/3/2020

IT IS FURTHER ORDERED that the counsel for the defendant shall promptly provide a dial-in credentials to the defendant.

Dated:   New York, New York
         December 3, 2020

                                    _____
                                           DENISE COTE
                                    United States District Judge