```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :
                                         :    16CR273-1 (DLC)
        -v-                              :
                                         :        ORDER
CHARLES KENYATTA,                        :
                                         :
                        Defendant.       :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

At the December 3, 2020 initial presentment on the violation of supervised release held by telephone, the defendant admitted to violating specification #1. The sentencing date is scheduled for **February 5, 2021** at **4 p.m.**

The United States Probation Officer requested that the Court modify the previously imposed conditions to include home detention. Accordingly, it is hereby

ORDERED that the defendant is placed on home detention with GPS monitoring for a period of ninety (90) days and that he abide by all technology requirements. The defendant shall remain at his place of residence except for employment, education, religious services, medical, substance abuse, or mental health treatment,

attorney visits, Court appearances, Court-ordered obligations, or other activities as preapproved by the probation officer.

Dated:  New York, New York
        December 4, 2020

                                    _____
                                         DENISE COTE
                                    United States District Judge