UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                                :
UNITED STATES OF AMERICA          :        16cr273-01 (DLC)
                                                :
            -v-                              :        <u>ORDER</u>
                                                  :
CHARLES KENYATTA,                 :
                    Defendant.    :
                                                :
----------------------------------------X

DENISE COTE, District Judge:

    The defendant is scheduled to be sentenced on **February 5, 2021** at **3 p.m.** on the specification of the violation of supervised release.  Due to the recent spike in COVID-19 cases, an in-court proceeding may not be available to the defendant.  A videoconference proceeding may be available, however.  Accordingly, it is hereby

    ORDERED that defense counsel shall respond to the following question by **February 3, 2021**:

> Does the defendant consent to be sentenced through videoconference technology?

    If the defendant consents to proceed via videoconference, please complete and submit the written consent form attached to this Order if it is feasible to do so.

Dated:    New York, New York
            February 2, 2021

                                        _____
                                            DENISE COTE
                                United States District Judge