```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :   16cr273-1(DLC)
                                         :
            -v-                          :         ORDER
                                         :
CHARLES KENYATTA,                        :
                                         :
                    Defendant.           :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

The defendant is scheduled to be sentenced on **March 5, 2021** at **2 p.m.** on the specification of the violation of supervised release. Due to the COVID-19 pandemic, the defendant may have the option of appearing in court or through a videoconference. Accordingly, it is hereby

ORDERED that defense counsel shall respond to the following question by **5:00 PM** on **February 25, 2021**

> Does the defendant consent to have the proceeding occur as a videoconference?

If the defendant consents to have the proceeding occur as a videoconference, please complete and submit the written consent form attached to this Order if it is feasible to do so.

Dated:    New York, New York
          February 22, 2021

                              _____
                                       DENISE COTE
                              United States District Judge