

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 3, 2021

**By ECF**

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Kenyatta*, 16 Cr. 273 (DLC)

Dear Judge Cote:

    The Government respectfully requests that Your Honor direct the Clerk of Court to terminate the appearance of the undersigned Assistant United States Attorney on this docket. The undersigned will no longer be employed by the U.S. Attorney's Office as of June 4, 2021.

                                  Respectfully submitted,

                                    AUDREY STRAUSS
                                  United States Attorney

*Granted.*
*[signature]*
*6/3/21*

                    by:          /s/
                         Sidhardha Kamaraju
                         Assistant United States Attorney
                         (212) 637-6523

cc: Defense Counsel (by ECF)