```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
UNITED STATES OF AMERICA,                 :
                                          :    16cr273-1(DLC)
            -v-                           :
                                          :        ORDER
CHARLES KENYATTA,                         :
                                          :
                        Defendant.        :
                                          :
------------------------------------------X
```

DENISE COTE, District Judge:

Charles Kenyatta has moved for early termination of supervised release since he is incarcerated by the state and will be supervised by the state. For the following reasons, the motion is denied.

On June 20, 2017, Kenyatta was sentenced principally to 60 months' imprisonment, to be followed by a term of 48 months of supervised release. On August 29, 2019, Kenyatta's petition for a writ of habeas corpus was denied.

Kenyatta commenced supervised release on October 20, 2020. On December 3, 2020, he was presented on a specification of violation of supervised release and admitted to the violation. On March 5, 2021, the Court imposed a sentence of time served on the violation and did not extend the term of supervised release beyond the period previously imposed.

On May 27, 2021, the Court issued a warrant to bring Kenyatta before the Court to be presented on four new

specifications of violation of supervised release. The specifications assert, in essence, that Kenyatta shot another person on May 11, 2021.

On May 21, 2025, Kenyatta moved for early termination of supervised release. He reports that on June 29, 2022, he was sentenced by a state court to ten years' imprisonment for assault and possession of a weapon, to be followed by five years of post-release supervision. His conditional release date is December 17, 2029. Kenyatta acknowledges the federal warrant of May 27, 2021 for the violations of supervised release.

Kenyatta argues that further federal supervision would be duplicative and unproductive given his incarceration in a state facility and the state supervision which will follow his release. These issues are better addressed upon Kenyatta's release from state custody. Accordingly, it is hereby

ORDERED that Charles Kenyatta's May 21, 2025 motion for early termination of supervised release is denied without prejudice to its renewal when he appears in federal court pursuant to the 2021 arrest warrant.

Dated:   New York, New York
         September 25, 2025

                                            _____
                                                     DENISE COTE
                                            United States District Judge