UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>CHARLES KENYATTA,<br><br>Defendant. | 16cr273-1(DLC)<br><br>ORDER |

DENISE COTE, District Judge:

On May 27, 2021, the Court issued a warrant to bring Charles Kenyatta before the Court to be presented on four specifications of violation of supervised release. The specifications concern a shooting that occurred on May 11, 2021. In June of 2022, Kenyatta was apparently sentenced by a state court to ten years' imprisonment on charges related to that shooting. On September 25, 2025, this Court denied Kenyatta's May 21, 2025 motion for early termination of supervised release. On June 30, 2026, Kenyatta requested a prompt hearing on the federal specifications of violation. Accordingly, it is hereby

ORDERED that CJA attorney Jordan Estes is appointed to represent Kenyatta.

IT IS FURTHER ORDERED that by July 31, 2026, the Government, the Probation Office, and Kenyatta's attorney shall

file submissions stating their positions regarding Kenyatta's June 30 request and a schedule for addressing his request.

Dated: New York, New York
July 20, 2026

DENISE COTE
United States District Judge